1054

KATHY E. LEYDA, as Administratrix, ET AL, Appellants,
v. NORTHWEST DIVERS, INC., Respondent.

Appeal from a judgment of the Superior Court for Pierce
County, No. 81–2–04361–1, J. Kelley Arnold, J., entered
October 8, 1982. Affirmed by unpublished opinion per
Petrich, C.J., concurred in by Petrie and Reed, JJ.

THE STATE OF WASHINGTON, Respondent, v. GARY
ALLEN SMITH, Appellant.

Appeal from a judgment of the Superior Court for Clark
County, No. 80–1–00416–6, Thomas L. Lodge, J., entered
September 30, 1982. Affirmed by unpublished opinion per
Worswick, A.C.J., concurred in by Petrie and Reed, JJ.

OLIVE H. SIEM, ET AL, Respondents, v. GEORGE
W. ROSSI, ET AL, Appellants.

Appeal from a judgment of the Superior Court for Pierce
County, No. 301378, James P. Healy, J., entered January
29, 1982. Reversed with instructions by unpublished opin-
ion per Petrie, J., concurred in by Alexander, J. Pro Tem.,
Worswick, A.C.J., dissenting.

CAPITAL DEVELOPMENT CO., Appellant, v. STEVEN
A. RAWLINS, ET AL, Respondents.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 81–2–00461–7, Gerry L. Alexander, J.,
entered November 25, 1981. Affirmed by unpublished opin-
ion per Petrich, C.J., concurred in by Petrie, J., Worswick,
J., dissenting.